

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2018

No. 04-17-00197-CV

Francisco **SANCHEZ**, Jr.,
Appellant

v.

**TEXAS A&M UNIVERSITY- SAN ANTONIO**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06141
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's reply brief was due on July 26, 2018. *See* TEX. R. APP. P. 38.6(c). On the due date, Appellant filed an unopposed first motion for extension of time to file the reply brief until August 9, 2018, for an extension of fourteen days.

Appellant's motion is GRANTED. Appellant's reply brief is due on August 9, 2018. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court